UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRAZELLE M. MORDICA,

    Plaintiff,

v.                              Case No: 8:13-cv-1216-T-30MAP

GULF-FLA. HOLDINGS, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Settlement (Dkt. #10). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of August, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-1216 dismiss 10.docx